**Charles Anton McKAIN, Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Warden, FCI, Petersburg; Janet Reno, Attorney General; United States of America, Respondents–Appellees.**

No. 01–6620.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 24, 2001.

Charles Anton McKain, pro se.

Before WILLIAMS, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Charles Anton McKain appeals the district court's order dismissing without prejudice his petition for a writ of habeas corpus filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McKain v. Brooks,* No. CA–01–75 (E.D.Va. Mar. 8, 2001). We grant McKain leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*